IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 3:15-CR-062-K (03) |
| DENNIS LAMAR DENSON | | |
| Defendant | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court, however he reserved his right to object to the Report and Recommendation of the United States Magistrate Judge. After reviewing the Report and Recommendation and the Defendant's Objection, the Court sustains Defendant's Objections. Otherwise, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **(13) thirteen months**. No term of Supervised Release to follow.

PAGE 1

The Court recommends that the Defendant be allowed to serve his sentence at FMC Fort Worth, Fort Worth, Texas.

SO ORDERED.

Signed December 14th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE